Helen M. HOMBERGER, Executrix of Estate of Clarence B. Homberger, Deceased, Appellant, v. BALTIMORE & OHIO RAILROAD COMPANY, Appellee.

No. 9916.

Circuit Court of Appeals, Sixth Circuit.

May 14, 1945.

Catri & Catri, of Sandusky, Ohio, for appellant.

Baker, Hostetler & Patterson, of Cleveland, Ohio, and Joel S. Rhinefort, of Toledo, Ohio, for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record, briefs and oral argument of counsel. And it appearing that the District Court did not err in holding that the appellant's decedent was guilty of contributory negligence as a matter of law, precluding recovery (Baltimore & O. R. Co. v. Depew, 40 Ohio St. 121): It is ordered that the judgment of the District Court be, and it hereby is, affirmed.

---

UNITED STATES of America v. Marcel R. STEPANIAN, Appellant.

No. 8745.

Circuit Court of Appeals, Third Circuit.

Argued March 29, 1945.

Decided May 11, 1945.

Verling C. Enteman, of Newark, N. J., (McCarter, English & Egner, of Newark, N. J., on the brief), for appellant.

Charles A. Stanziale, Asst. U. S. Atty., of Newark, N. J. (Thorn Lord, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS, ALBERT LEE STEPHENS, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.